UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiff,

  - against -

LANDSTAR GLOBAL LOGISTICS, INC., ET
AL.,

     Defendants.

23-cv-794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  By **Friday, July 7, 2023,** the parties shall submit a letter updating the Court on the status of this action. There will be a telephone conference on **Monday, July 10, 2023, at 11 a.m.**

  Dial-in: 888-363-4749, with access code 8140049.

  The conference scheduled for July 19, 2023, at 3:30 p.m., is **canceled.**

SO ORDERED.

Dated: New York, New York
    July 5, 2023

          John G. Koeltl
      United States District Judge